**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **HOSPITALITY STRUCTURED FUNDING IV, LLC** ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **26 cv 03172** |
| **L LC LLC** ) | |
| **Defendant** ) | |

**COMPLAINT**

NOW COMES the Plaintiff, Hospitality Structured Funding, LLC ("Plaintiff"), by and through its lawyers, and in support of its complaint against L LC, LLC ("Defendant"), states as follows:

1.  Plaintiff is a limited liability company organized under the laws of the state of Delaware, with its principal place of business located at 9711 Sweetspire Ave., Saint John, Indiana. Michael Thompson is its sole member, and he is a citizen of Indiana who resides at 8252 W. 105th, Saint John, Indiana. Brokerick Thompson may also have claims regarding membership interest in Plaintiff. He is a citizen of Indiana who resides in Portage, Indiana.

2.  Defendant is a limited liability company organized under the laws of the state of New Mexico, with its principal place of business, on information and belief, at 111 W. Washington, #917, Chicago, IL. On information and belief based on documents filed in New Mexico and in Illinois for Defendant, its member is Joseph Varan, who is a citizen of Illinois residing in Hinsdale, Illinois.

3.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(l) as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Venue is proper in the Court pursuant to 28 U.S.C. §1391(b), because the events giving rise to the claims in this complaint arose in Chicago, Illinois which is located within this district.

5. On October 24, 2013, Chicago South Loop Hotel Owner, LLC ("Borrower") executed a promissory note (the "Note") in the principal amount of $6,800,000, and Borrower secured the Note by executing a mortgage for the benefit of Morgan Stanley Mortgage Capital Holdings, LLC (the "Mortgage"), which is recorded with the Cook County Recorder of Deeds as Document No. 1329817049. The Note was also secured by guaranties executed by Louis Dodd ("Dodd") and by Vickie White ("White").

6. In June 2023, the Note, Mortgage and the Guaranties of Dodd and White were sold and assigned to Plaintiff.

7. Plaintiff remains the owner of the Note, Mortgage and the Guaranties.

8. Defendant has asserted on multiple occasions that Plaintiff transferred the Note, Mortgage and the Guaranties to Defendant in May 2025.

9. Plaintiff denies and refutes that any such transfer occurred.

10. An actual controversy now exists between Plaintiff and Defendant regarding whether Plaintiff or Defendant owns the Note, Mortgage and the Guaranties.

11. This Court would dispose of a controversy between the parties, and avoid future disputes between the parties by making a final determination regarding whether Plaintiff or Defendant owns the Note, Mortgage and the Guaranties.

WHEREFORE, Plaintiff requests that this Court enter an order declaring Plaintiff the owner of the Note, Mortgage and the Guaranties.

DATED: March 20, 2026          HOSPITALITY STRUCTURED FUNDING IV, LLC


By:___*John Moynihan*_____

         One of Its Attorneys


John W. Moynihan (#6212061)
Cooney Corso and Moynihan LLC
1311 Butterfield, Suite 308
Downers Grove, IL  60515
847-477-3919;
630-390-2390 facsimile
jmoynihan@ccvmlaw.com